**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00369-REB-CBS

JERIMEE SMITH,
BARRY BOSE,
BENITO SANCHEZ,
BERNADINE HOLLAND,
CHRISTOPHER OCHOA,
DUANE SAAVEDRA,
HOLLY ROGERS,
JAMES BROWN,
JOHN BEATY,
JOHN CARLSON,
KEVIN FOX,
MICHAEL MCGUIRE,
PETE SERAFIN,
RICHARD KISHA,
STEVEN DURKEE, and
RUSSELL CUNNINGHAM,

      Plaintiffs,

v.

BOKF, N.A.,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Stipulation of Dismissal with Prejudice** [#29][1]

filed July 22, 2015.  After careful review of the stipulation and the file, I conclude that the

stipulation should be approved and that the plaintiffs' claims against the defendant

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal with Prejudice** is approved; and

2. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated July 22, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge